IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 12 VICTORIA STREET, PROVIDENCE, RHODE ISLAND,<br><br>REAL PROPERTY LOCATED AT 613 CRANSTON STREET, PROVIDENCE, RHODE ISLAND,<br><br>ALL FUNDS IN INDEPENDENCE BANK CHECKING ACCOUNT 40001760 IN THE NAME OF PRIME DRUG INC., 613 CRANSTON STREET, PROVIDENCE, RHODE ISLAND;<br>Defendants. | Civil Action No. CA 08 172T<br><br>**VERIFIED COMPLAINT FOR FORFEITURE IN REM** |

Plaintiff United States of America brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF ACTION**

1. This is an action to forfeit real property and personal property, namely two pieces of real estate and one bank account.

**DEFENDANTS IN REM**

2. The defendant property consists of the following:

(a) Real property located at 12 Victoria Street, Providence, Rhode Island (hereinafter "12 Victoria Street") which is owned by Louis and Ada Romanelli and is legally described on page 169 of book 2971 of the land evidence records maintained in the City and County of Providence in the State of Rhode Island as "that certain lot or parcel of land with all buildings and improvements thereon, situated on the westerly side of Victoria Street in the City of Providence and State of Rhode Island, laid out and designated as Lot No. 3 (three) on that

plat entitled, 'Victoria Plat belonging to Alice A. Gardner By J.A. Latham, Aug. 1893', which plat is recorded with the Land Evidence Records in said City of Providence on Plat Card 674."

(b) Real property located at 613 Cranston Street, Providence, Rhode Island (hereinafter "613 Cranston Street") which is owned which is owned by the Rhode Island general partnership of Domenic Colarusso and Carmine De Tomasis and is legally described on page 333 of book 8349 of the land evidence records maintained in the City and County of Providence in the State of Rhode Island as "that certain lot or parcel of land with all buildings and improvements thereon, situated at the northwesterly corner of Cranston Street and Linwood Avenue in the City of Providence, State of Rhode Island, laid out and designated as Lot No. 184 on that plat entitled, 'The Josiah Chapin Plat as reported by the Commissioners in Equity Case No. 2243 of the Supreme Court of Rhode Island by J.A. Latham Dec. 1887" which plat is recorded in the office of the Recorder of Deeds of the City of Providence in Plat Book 18 at Page 25 and (copy) on Plat Card 591."

(c) All funds in checking account number 40001760 formerly maintained at the Independence Bank in East Greenwich, Rhode Island in the name of Prime Drug, Inc. of 613 Cranston Street, Providence, Rhode Island (hereinafter the "PDI Account Funds").

3. The following may have interest in the defendant properties: husband and wife Louis and Ada Romanelli, the Rhode Island general partnership of Domenic Colarusso and Carmine DeTomasis, and Prime Drug, Inc.

4. The real property defendants have not been seized but are located within this district and within the jurisdiction of this Court. At this time, the United States does not request authority from the Court to seize the real property defendants. The United States will, as provided by 18 U.S.C. §985(b)(1) and (c)(1) do the following: (a) post notice of this action and a copy of the Complaint on the defendant real property, (b) serve notice of this action on the respective real property defendant owners and/or parties with interest in the real property defendants along with a copy of this Complaint, (c) execute a Writ of Entry for purposes of conducting an inspection and inventory of the real property defendants, and (d) file a lis pendens

in county records of the real property defendants' status as a defendants in this in rem action. The United States will also, as provided in 19 U.S.C. § 1606, appraise the defendant real property as appropriate after execution of the Writ of Entry.

5. The PDI Account Funds are presently in the custody of the United States Marshal Service ("USMS"). Independence Bank released the PDI Account Funds pursuant to a warrant, and I had the funds placed in the custody of the USMS.

**JURISDICTION AND VENUE**

6. Plaintiff brings this action in rem its own right to forfeit and condemn 12 Victoria Street, 613 Cranston Street, and the PDI Account Funds. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

7. This Court has in rem jurisdiction over the defendant properties under 28 U.S.C. § 1355(b). Moreover, with respect to the PDI Account Funds, this Court will have control over the property pursuant to the service of an arrest warrant in rem under Supplement Rule G(3)(b), which Plaintiff will execute upon the property under 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

8. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

**BASIS FOR FORFEITURE**

9. 12 Victoria Street and 613 Cranston Street both constitute real properties used to commit or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1) and are therefore subject to forfeiture to the United States under 21 U.S.C. § 881(a)(7) and 21 U.S.C. § 853(a)(2). The PDI Account Funds include property that is the proceeds of health care fraud, in violation of 18 U.S.C. § 1347, and proceeds traceable to the health care fraud, in violation of 18 U.S.C. § 1956(a)(1) & (c)(7)(F), and the PDI Account Funds were used to promote the carrying on of specified unlawful activity, specifically health care fraud in violation of 18 U.S.C. § 1347 and

violations of the Controlled Substances Act, 21 U.S.C. § 841(a)(1), in violation of 18 U.S.C. § 1956(a)(1)(A)(i) and (c)(7)(A) and (F), and is thus forfeitable to the United States under 18 U.S.C. § 981(a)(1)(A).

## FACTS

10. As set forth in the attached Affidavit of Jason Simonian, 12 Victoria Street and 613 Cranston Street were used to commit or facilitate the distribution of controlled substances.

11. The Prime Drug, Inc.'s checking account with Independence Bank contained funds that were the proceeds of or traceable to health care fraud. Furthermore, the account was used to conduct financial transactions intended to promote the distribution of controlled substances.

12. A full and complete recitation of facts is set forth in the Affidavit of Jason Simonian, which is incorporated in its entirely herein.

WHEREFORE the United States prays that the defendant properties be forfeited to the United States, that Plaintiff be awarded its costs and disbursements in this action, and for such other and further relief as the Court deems proper and just.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5017 fax
Email: milind.shah@usdoj.gov

Dated: May 6, 2008

**VERIFICATION**

I, Special Agent Jason Simonian, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Food and Drug Administration's Office of Criminal Investigation, that I have read the foregoing Verified Complaint for Forfeiture In Rem ("Complaint") and know the contents thereof, and that the factual matters contained in the Complaint are true to my own knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are set forth in detail in my Affidavit, which is attached to the Complaint.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Jason Simonian
Special Agent Jason Simonian

Dated: May 6, 2008