IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,

v.

REAL PROPERTY LOCATED AT 12 VICTORIA STREET, PROVIDENCE, RHODE ISLAND,

REAL PROPERTY LOCATED AT 613 CRANSTON STREET, PROVIDENCE, RHODE ISLAND,

ALL FUNDS IN INDEPENDENCE BANK CHECKING ACCOUNT 40001760 IN THE NAME OF PRIME DRUG INC., 613 CRANSTON STREET, PROVIDENCE, RHODE ISLAND;
Defendants.

Civil Action No. CA 08 172 T

MOTION TO SEAL

Now comes the United States of America and moves that the Affidavit accompanying the enclosed Complaint for Forfeiture in Rem be filed under seal until further notice of this Court. The Affidavit reveals information relating to an ongoing criminal investigation.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

GRANTED
Ernest C. Torres
Chief, US District Judge

MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000, 401/709-5017 (Fax)

2