USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

RECEIVED 2008 MAY -7 A 10:04
U.S. MARSHAL'S OFFICE

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA 08-172T |
| DEFENDANT<br>Real Property located at 12 Victoria Street, Providence, RI, et al. | TYPE OF PROCESS<br>Lis Pendens |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Recorder of Deeds
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
City Hall, 25 Dorrance Street, Providence, RI 02903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Milind M. Shah, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Please File with Recorder of Deeds -- RE 613 Cranston, Street, Providence, RI 02903. Today, if possible.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>401/709-5000 | DATE<br>5-7-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 070 | No. | [signature] | 5/7/08 |

I hereby certify and return that I ✓ have personally served , __ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 5/7/08 Time 3:10 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | Walked | -0- | | | $0.00 |

REMARKS: Receipts Attached w/ Book + Page, etc.
1 End, 2 DUSM's, 1/2 hr.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>X REAL PROPERTY LOCATED AT 12 VICTORIA STREET, PROVIDENCE, RHODE ISLAND,<br>REAL PROPERTY LOCATED AT 613 CRANSTON STREET, PROVIDENCE, RHODE ISLAND,<br>ALL FUNDS IN INDEPENDENCE BANK CHECKING ACCOUNT 40001760 IN THE NAME OF PRIME DRUG INC., 613 CRANSTON STREET, PROVIDENCE, RHODE ISLAND;<br>Defendants. | Civil Action No. 08-0172T<br><br>Doc No: 00011088<br>Book: 9093 Page: 199 |

Louis and Ada Romanelli

## LIS PENDENS

NOTICE is hereby given that a civil action bearing the above caption has been commenced and is now pending in the United States District Court for the District of Rhode Island between the United States of America and the above named defendants. On May 6, 2008, a Verified Complaint for Forfeiture In Rem was filed with the United States District Court for the District of Rhode Island alleging that the above-named real property defendants are subject to forfeiture under 21 U.S.C. § 881(a)(7) and 21 U.S.C. § 853(a)(2).

It is the intention of the United States of America to seek forfeiture of the following described real property defendants in Rhode Island and to seek forfeiture of any and all related buildings, fixtures, easements, appurtenances, and improvements thereto:

Doc No: 00011088
Book: 9093 Page: 200

(a) Real property located at 12 Victoria Street, Providence, Rhode Island (hereinafter "12 Victoria Street") which is owned by Louis and Ada Romanelli and is legally described on page 169 of book 2971 of the land evidence records maintained in the City and County of Providence in the State of Rhode Island as "that certain lot or parcel of land with all buildings and improvements thereon, situated on the westerly side of Victoria Street in the City of Providence and State of Rhode Island, laid out and designated as Lot No. 3 (three) on that plat entitled, 'Victoria Plat belonging to Alice A. Gardner By J.A. Latham, Aug. 1893', which plat is recorded with the Land Evidence Records in said City of Providence on Plat Card 674."

(b) Real property located at 613 Cranston Street, Providence, Rhode Island (hereinafter "613 Cranston Street") which is owned which is owned by the Rhode Island general partnership of Domenic Colarusso and Carmine De Tomasis and is legally described on page 333 of book 8349 of the land evidence records maintained in the City and County of Providence in the State of Rhode Island as "that certain lot or parcel of land with all buildings and improvements thereon, situated at the northwesterly corner of Cranston Street and Linwood Avenue in the City of Providence, State of Rhode Island, laid out and designated as Lot No. 184 on that plat entitled, 'The Josiah Chapin Plat as reported by the Commissioners in Equity Case No. 2243 of the Supreme Court of Rhode Island by J.A. Latham Dec. 1887" which plat is recorded in the office of the Recorder of Deeds of the City of Providence in Plat Book 18 at Page 25 and (copy) on Plat Card 591."

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

RECEIVED:
Providence
Received for Record
May 07,2008 at 03:08:18P
Document Num: 00011088
John A Murphy
Recorder of Deeds